*BERTUS* vs. *HARBOUR.*

*I. Baldwin,* shortly after filing his answer, moved for leave to amend it, by adding a prayer for a jury.

*Petition amended, by praying for a jury.*

*Hopkins,* contra. The Court will not grant it, unless they be convinced of the necessity of the amendment, and that the only object of it, is not to delay the trial.

*By the Court.* We will always be induced to gratify a party, who wishes to draw the trial of a

V

SPRING
II. District.

BERTUS
vs.
HARBOUR.

matter of fact, from the Court, to its constitutional triers: provided the party applying does not come too late. The present defendant had the whole of this day to file his answer.

LEAVE GRANTED.